# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONNA LYNN MECIMORE,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:10CV64

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2011, Order.

                                                        Signed: August 12, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court